**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 328 MAL 2020

Respondent

Petition for Allowance of Appeal
from the Order of the Superior Court

v.

KURT D. STOVER,

Petitioner

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 3rd day of November, 2020, the Petition for Allowance of Appeal is **DENIED**.